# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

------------

No. 96-40132
(Summary Calendar)

------------

RONALD SUTHERLAND,

Plaintiff-Appellant,

versus

UNIDENTIFIED LARSON, Dr.; UNIDENTIFIED WILSON, Warden;
ANDY COLLINS, Director, TDCJ-ID,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
(USDC No. 6:94-CV-684)
- - - - - - - - - -
October 23, 1996

Before Davis, Emilio M. Garza, Stewart, Circuit Judges.

PER CURIAM:[*]

Ronald Sutherland, #665770, appeals the dismissal of his 42 U.S.C. § 1983 complaint as

frivolous under 28 U.S.C. § 1915(d). Sutherland argues that the district court abused its

discretion in dismissing his deliberate-indifference, access-to-the-courts, and conditions-of-

confinement claims.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have reviewed the record and the district court's opinion and perceive no reversible error.  Accordingly, we affirm for essentially the reasons given by the district court.  <u>See</u> <u>Sutherland v. Wilson</u>, C.A. No. 6:94cv684 (E.D. Tex. Jan. 12, 1996).  All other claims raised in Sutherland's complaint and supplemental complaints and not raised in his appellate brief are abandoned.  <u>Yohey v. Collins</u>, 985 F.2d 222, 225 (5th Cir. 1993).

AFFIRMED.